No. 99,294

In the Matter of STEPHEN D. HARRIS, *Petitioner*.

(224 P.3d 1158)

On March 28, 2008, this court suspended the petitioner, Stephen D. Harris, from the practice of law in Kansas for a period of 3 months. See *In re Harris*, 285 Kan. 1115, 180 P.3d 558 (2008). Before reinstatement, the petitioner was required to pay the costs of the disciplinary action, maintain his CLE requirements, and pay his current attorney registration fee.

The Disciplinary Administrator's office has verified that the petitioner has fully complied with the conditions imposed upon him. This court finds that the petitioner, Stephen D. Harris, should be reinstated to the practice of law in the state of Kansas.

IT IS THEREFORE ORDERED that the petitioner be reinstated to the practice of law in the state of Kansas as of the date of this order.

IT IS FURTHER ORDERED that this order of reinstatement shall be published in the official Kansas Reports.

DATED this 19th day of February, 2010.